United States District Court
Southern District of Texas

**ENTERED**

March 25, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| Deivi Alberto Soto Varela | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 5:26–cv–00495 |
| | § | |
| | § | |
| Warden, Webb County Detention Center | § | |
| | § | |

<u>ORDER OF REFERENCE TO MAGISTRATE JUDGE</u>

Notice that the above-captioned case is referred to the assigned United States Magistrate Judge to conduct all pretrial proceedings in the case, including non-dispositive hearings and rulings and Rule 26(f), pretrial, and settlement conferences, in accordance with 28 U.S.C. Section 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act.

It is so ORDERED.

Signed on the 25th of March 2026.

Diana Saldaña
United States District Judge