United States District Court
Southern District of Texas

**ENTERED**

March 26, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **DEIVI ALBERTO SOTO VARELA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00495** |
| | § | |
| **WARDEN, WEBB COUNTY DETENTION** | § | |
| **CENTER,** | § | |
| | § | |
| **Respondent.** | § | |

## ORDER

Pending before the Court is *pro se* Petitioner Deivi Alberto Soto Varela's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1).

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and serve it on *pro se* **Petitioner** no later than **April 2, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner may submit a reply to Respondents' Response on or before **April 13, 2026**.

The Clerk is **DIRECTED** to Serve Respondent Warden of the Webb County Detention Center via certified mail at:

> **Warden of Webb County Detention Center**
> **9998 S Highway 83**
> **Laredo, Texas 78041**

The Clerk is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

Finally, the Clerk is also **DIRECTED** to mail a copy of this Order to Petitioner via any receipted means at:

> **Deivi Alberto Soto Varela**
> **A# 245631978**
> **9998 S Highway 83**
> **Laredo, Texas 78041**

Additionally, it is further ordered that Respondents must notify Petitioner and the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **at least five (5) days** beforehand.

IT IS SO ORDERED.

SIGNED this March 26, 2026.

Diana Saldaña
United States District Judge