United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **DEIVI ALBERTO SOTO VARELA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00495** |
| | § | |
| **WARDEN, WEBB COUNTY DETENTION** | § | |
| **CENTER,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Upon due consideration of the United States of America's Motion to Intervene, (Dkt. 8),

the Motion is hereby GRANTED.

The Clerk of Court is DIRECTED to mail Petitioner a copy of this Order by any

receipted means to the following address:

> **Deivi Alberto Soto Varela**
> **A# 245631978**
> **Webb County Detention Center**
> **9998 S Highway 83**
> **Laredo, Texas 78041**

IT IS SO ORDERED.

SIGNED this April 6, 2026.

_____
Diana Saldaña
United States District Judge

1 / 1